**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | § | **MDL 2804** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| | § | **Case No. 1:17-md-2804** |
| **1:20-OP-45058-DAP** | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE**

Before the Court is Plaintiff Warren Strickland's Motion to Reinstate. Having considered the Motion and the record, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Motion to Reinstate is **GRANTED**.

It is further **ORDERED** that the Court's September 8, 2026, Order dismissing Plaintiff's action with prejudice is VACATED, and Plaintiff's action is **REINSTATED** to the Court's active docket.

Date: ____________________

______________________________
**HONROABLE DAN AARON POLSTER**
UNITED STATES DISTRICT JUDGE